| | |
|---|---|
| 1 | EILEEN R. RIDLEY, CA Bar No. 151735 |
| | eridley@foley.com |
| 2 | ALAN R. OUELLETTE, CA Bar No. 272745 |
| | aouellette@foley.com |
| 3 | ANTHONY JAMES DUTRA, CA Bar No. 277706 |
| | adutra@foley.com |
| 4 | **FOLEY & LARDNER LLP** |
| | 555 CALIFORNIA STREET |
| 5 | SUITE 1700 |
| | SAN FRANCISCO, CA 94104-1520 |
| 6 | TELEPHONE: 415.434.4484 |
| | FACSIMILE: 415.434.4507 |

Attorneys for Defendants SEAL FOR LIFE INDUSTRIES, LLC, and BERRY GLOBAL, INC., f/k/a BERRY PLASTICS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTILITY SUPPLY, INC., f/k/a UMAC, INC., | Case No. 3:17-CV-02332 |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANGEMENT CONFERENCE IN VIEW OF SETTLEMENT AND [PROPOSED] ORDER** |
| vs. | |
| SEAL FOR LIFE INDUSTRIES, LLC, and BERRY GLOBAL, INC., f/k/a BERRY PLASTICS, INC., | |
| Defendants. | |

STIP. TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. 3:17-CV-02332

| | |
|---|---|
| 1 | Pursuant to the Court's Order Continuing Case Management Conference In View Of Settlement |
| 2 | (Dkt. 31), Defendants Seal for Life Industries, LLC and Berry Global, Inc. ("Defendants"), on the one |
| 3 | hand, and Plaintiff Utility Supply, Inc. ("Plaintiff"), on the other, hereby stipulate, by and through their |
| 4 | respective counsel of record, as follows: |

## RECITALS

WHEREAS, the Complaint in this action was filed on April 25, 2017;

WHEREAS, the Parties settled this action in principle and filed a Notice of Settlement on September 14, 2017 (Dkt. 30);

WHEREAS, in light of the settlement in principle, the Court continued the Case Management Conference from August 17, 2017 to November 16, 2017 (Dkt. 31);

WHEREAS, the Court's Order Continuing Case Management Conference In View Of Settlement (Dkt. 31) provides that, "[s]hould the settlement not be finalized by then, the parties shall jointly request one further continuance or shall appear at the conference";

WHEREAS, the Parties had reached an impasse regarding certain terms of their written settlement agreement and release;

WHEREAS, the Parties have now resolved that impasse and are close to finalizing a written settlement agreement and release; and

WHEREAS, in order for the parties to have sufficient time to finalize the settlement, the Parties respectfully request that the Court continue the Case Management Conference from November 16, 2017 to the week of December 11, 2017, or at a date and time that is convenient for the Court.

## STIPULATION

THEREFORE, IT IS STIPULATED AND AGREED, by and between Defendants and Plaintiff, through their respective counsel, that the Parties respectfully request that the Court continue the Case Management Conference from November 16, 2017 to the week of December 11, 2017, or at a date and time that is convenient for the Court.

IT IS SO STIPULATED.

DATED: November 9, 2017

**FOLEY & LARDNER LLP**
Eileen R. Ridley
Alan R. Ouellette
Anthony James Dutra

*/s/ Alan R. Ouellette* _____
Alan R. Ouellette
Attorneys for Defendants
SEAL FOR LIFE INDUSTRIES, LLC, and BERRY GLOBAL, INC., f/k/a BERRY PLASTICS, INC.

DATED: November 9, 2017

**BUCHANAN INGERSOLL & ROONEY LLP**
Kimberly Arouh

*/s/ Kimberly Arouh* _____
Kimberly Arouh
Attorney for Plaintiff
UTILITY SUPPLY, INC., f/k/a UMAC, INC.

## [PROPOSED] ORDER

Pursuant to the Parties' Stipulation To Continue Case Management Conference In View Of Settlement, and good cause appearing, the Court hereby continues the Case Management Conference from November 16, 2017 to  December 14, 2017, at 2:00 p.m  .

IT IS SO ORDERED.

Dated: 11/13/17

_____
Hon. Phyllis J. Hamilton
U.S. District Court Judge

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this Stipulation has been obtained from all signatories to the Stipulation.

DATED: November 9, 2017

**FOLEY & LARDNER LLP**
Eileen R. Ridley
Alan R. Ouellette
Anthony James Dutra

 */s/ Alan R. Ouellette* _____
Alan R. Ouellette
Attorneys for Defendants
SEAL FOR LIFE INDUSTRIES, LLC, and BERRY GLOBAL, INC., f/k/a BERRY PLASTICS, INC.